31 A.3d 286

JACOB STERN AND SONS, INC.,

v.

Adele SAVAIANO and Fred Hawco, Jayant Oil and Derivatives, Ltd., and Jodl, Inc., and John and Jane Does I–X.

Petition of Jayant Oils & Derivatives, Ltd. and Jodl, Inc.

Jacob Stern and Sons, Inc.

v.

Adele Savaiano and Fred Hawco, Jayant Oil and Derivatives, Ltd. and Jodl, Inc., and John and Jane Does I–X.

Cross Petition of Adele Savaiano and Fred Hawco.

Supreme Court of Pennsylvania.

Oct. 26, 2011.

## ORDER

PER CURIAM.

And now, this 26th day of October, 2011 the Petitions for Allowance of Appeal are hereby **DENIED.**

The Emergency Application for Extraordinary Relief Under King's Bench Jurisdiction and Declaration is **DENIED** as moot.

The Application to File Answer to Joint Reply to Emergency Application is **DENIED** as moot.